CRIMINAL COMPLAINT

FILED _____ LODGED
_____ RECEIVED _____ COPY

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br><br>**Ruben Alonso Alvarez-Lopez**<br>DOB: xx/xx/1981; Mexican Citizen | DOCKET NO. | AUG 2 4 2009 |
|---|---|---|

AUG 2 4 2009

CLERK U.S. DISTRICT COURT

MAGISTRATE'S CASE NO. DISTRICT OF ARIZONA
BY _____ DEPUTY

**09-02062M**

Complaint for violation of Title 18    United States Code § 922 (g)(5)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 23, 2009, at or near Nogales, in the District of Arizona, RUBEN ALONSO ALVAREZ-LOPEZ, an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm, that is, an Interarms, .38 Special revolver, bearing serial number D431002, along with twenty-five rounds of .38 caliber ammunition, said firearm being in and affecting interstate commerce in that it was previously shipped and transported into the state of Arizona from another state or foreign country in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 23, 2009, at or near Nogales, in the District of Arizona, U.S. Border Patrol agents encountered defendant, RUBEN ALONSO ALVAREZ-LOPEZ, with three other individuals under a tree. ALVAREZ-LOPEZ was determined to be an illegal entrant alien. A search of a back pack belonging to ALVAREZ-LOPEZ revealed ammunition in the form of twenty-five rounds of .38 caliber ammunition. ALVAREZ-LOPEZ indicated that he placed the revolver, an Interarms .38 Special, bearing serial number D431002, in the bushes near himself and one of the other individuals. ALVAREZ-LOPEZ indicated that the revolver was originally in his back pack, but last night he placed the weapon in the bushes approximately 18" from his and another individual's head. A Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives determined that the firearms had traveled in interstate or foreign commerce by virtue of having been manufactured outside the State of Arizona and having been found within the State of Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>**Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.**<br>Complaint reviewed by AUSA Lynnette Kimmins | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>**U.S. Border Patrol Agent** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 24, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5